**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

_____

COREY MOORE,                             Civ. No. 19-19107 (NLH)

        Petitioner,            **MEMORANDUM OPINION & ORDER**

   v.

THE UNITED STATES OF AMERICA,

        Respondent.

_____

**APPEARANCES**:

Corey Moore
70988-050
McKean
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 8000
Bradford, PA 16701

   Petitioner Pro Se

Craig Carpenito, United States Attorney
Diana V. Carrig, Assistant United States Attorney
Office of the US Attorney
US Post Office Building
401 Market Street
4th Floor
Camden, NJ 08101

   Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner Corey Moore filed a motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255, see ECF No. 1; and

    WHEREAS, on May 18, 2020, the Court permitted Petitioner to

add a claim under Rehaif v. United States, 139 S. Ct. 2191 (2019), see ECF No. 6; and

WHEREAS, the Court ordered Respondent United States to answer the motion within 45 days, id.  That period ended on July 2, 2020; and

WHEREAS, the United States has not filed its answer within the time set by the Court,

THEREFORE, IT IS on this   7th   day of July, 2020

ORDERED that within 14 days of this Order, the United States shall show cause in writing why the § 2255 motion should not be granted; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular mail.

At Camden, New Jersey          s/ Noel L. Hillman
                               NOEL L. HILLMAN, U.S.D.J.