UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COREY MOORE, | 1:19-cv-19107 |
| Petitioner, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

THIS MATTER comes before this Court upon Petitioner Corey Moore's pro se Motion to Vacate, Set Aside, or Correct Sentence In Re to Criminal Case file 18-0199 [ECF No. 4], pursuant to 28 U.S.C. § 2255.

For the reasons set forth in the accompanying Opinion of the same date,

IT IS on this 9th day of October 2020, hereby

ORDERED that the Court will appoint counsel for petitioner pursuant to Rule 8(c) of the Rules Governing Section 2255 Proceedings; then the Court will confer with the parties and set a schedule leading to an evidentiary hearing on the first and second grounds for relief in this matter.  Grounds three and four shall be, and hereby are, dismissed with prejudice; and it is further

ORDERED that the Court reserves a decision on a certificate of appealability.

At Camden, New Jersey

s/Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.